```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 09-61021-CIV-ZLOCH
```

CENTER CAPITAL CORPORATION,

    Plaintiff,

vs.                                           **ORDER STAYING ACTION**

GULFSTREAM CRANE, L.L.C.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Suggestion of Bankruptcy (annexed to DE 44), filed herein by Plaintiff Center Capital Corporation. The Court having reviewed the entire court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That pursuant to Defendant Gulfstream Crane, LLC having filed a Voluntary Petition Of Bankruptcy pursuant to the United States Bankruptcy Code, Case No. 09-37091-RBR on December 8, 2009, in the United States Bankruptcy Court for the Southern District of Florida, this action be and the same is hereby **STAYED** as to Defendant Gulfstream Crane, L.L.C., pursuant to Title 11 United States Code, Section 362. All pending motions in the above-styled cause as to said Defendant be and the same are hereby **DENIED** without prejudice, with leave for refiling by the Parties if necessary;

    2. The Clerk of the United States District Court for the Southern District of Florida is hereby **DIRECTED** to close the above-styled cause for statistical purposes;

3. This Court shall retain jurisdiction and the case shall be reopened upon Motion of either Party or the Court's own Motion if circumstances change so that this action may proceed to final disposition; and

4. This Order shall not prejudice the rights of any Party to this litigation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of December, 2009.

                                        WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

All Counsel of Record

Gulfstream Crane, LLC
1360 NW 33 Street
Pompano Beach, FL 33064

Joseph P. Klapholz
2500 Hollywood Blvd., Suite 212
Hollywood, FL 33020